# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Raphael Hammond

Defendant.

Case No.: 1:24–cr–00242
Honorable Lindsay C. Jenkins

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: as to Raphael Hammond. Sentencing held. Motion for entry of preliminary order of forfeiture [54] is granted. Enter order. Judgment and commitment order shall follow. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.